UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/18_

HIMELDA MENDEZ, on behalf of herself
and all others similarly situated,

Plaintiffs,

- against -

DISH NETWORK, LLC,

Defendant.

**ORDER**

18 Civ. 8051 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties in this action have informed the Court that they have reached a

settlement, it is ORDERED that the above-entitled action be, and hereby is, dismissed with

prejudice but without costs; provided, however, that if the settlement is not consummated within

thirty days of this order, either party may apply by letter within the thirty-day period for

restoration of the action to the calendar of the undersigned, in which event the action will be

restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       October 31 , 2018

SO ORDERED.

Paul Gardephe
Paul G. Gardephe
United States District Judge